AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

OP-FORTITUDE LTD., a United Kingdom company, and SIMON AFRAM, an individual

*Plaintiff(s)*

v.

NETFLIX, INC., a Delaware corporation, and DOES 1-10

*Defendant(s)*

Civil Action No. 2:26-cv-08384-AB-SK

FIRST AMENDED

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NETFLIX, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AKERMAN LLP
CAROLINE H. MANKEY (SBN 187302)
caroline.mankey@akerman.com
CHRISTOPHER N. MCANDREW (SBN 324759)
chris.mcandrew@akerman.com
633 W. Fifth Street, Suite 6400, Los Angeles, CA 90071; Telephone: (213) 688-9500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Date: 8/11/2026

Grace Kami

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-08384-AB-SK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: