# EXHIBIT A

**Subject:** Stolen DCP
**Date:** Thursday, 25 June 2026 at 15:04:40 Pacific Daylight Time
**From:** Sean Berney
**To:** daniel_haido@hotmail.com, Kevin Goetz
**CC:** Jon Harris

Hi Both - This is a first for us. Unfortunately, someone stole a good amount of drives from our office desks this past week. We've been working through this with our security teams to no luck. Our piracy teams are on high alert with the breach and will monitor, but they are likely just selling the drives for scrap given they would require a KDM. We will of course create a new DCP or reimburse you for this missing drive.

Apologies again and here to answer anything further and or connect you with our security teams.
Sean

**SEAN BERNEY**
Director | Original Film
O: (323) 408 - 1056
5808 Sunset Blvd, Hollywood, CA 90028
NETFLIX