**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
*caroline.mankey@akerman.com*
CHRISTOPHER N. MCANDREW (SBN 324759)
*chris.mcandrew@akerman.com*
633 W. Fifth Street, Suite 6400, Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**JOHNSON & JOHNSON LLP**
NEVILLE L. JOHNSON (SBN 66329)
*njohnson@jjllplaw.com*
HYURA CHOI (SBN 240533)
*hchoi@jjllplaw.com*
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 975-1080 |
Facsimile: (310) 975-1095

Attorneys for Plaintiffs OP-FORTITUDE, LTD. and SIMON AFRAM



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OP-FORTITUDE LTD., a United Kingdom company, and SIMON AFRAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-10.<br><br>Defendants. | CASE NO. 2:26-cv-08384<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE DEFENDANTS 1-10**<br><br>Complaint Filed: 07/29/2026 |

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs OP-FORTITUDE, LTD. and SIMON AFRAM hereby dismiss without prejudice DOES 1-10. To date, none of these DOE defendants have been identified or served and no defendant has served an answer or motion for summary judgment.

DATED: November 2, 2026 **AKERMAN LLP**

By: */s/ Caroline H. Mankey*
Caroline H. Mankey
Christopher N. McAndrew
Attorneys for Plaintiffs
OP-FORTITUDE LTD. and SIMON AFRAM